**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RUBY MCMULLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **v.** | ) | **3:15-CV-16-WHA** |
| | ) | |
| **TUSKEGEE UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant, Tuskegee University, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and requests this Honorable Court grant summary judgment in its favor on all claims asserted by Plaintiff, Ruby McMullen ("McMullen"). As set forth fully in Tuskegee University's Brief in Support of its Motion for Summary Judgment, filed contemporaneously herewith, no genuine issues of material fact exist, and Tuskegee University is entitled to judgment as a matter of law with respect to McMullen's claims for Title VII retaliation and breach of implied contract. In support of this Motion, Tuskegee University relies upon the pleadings filed in this case, discovery produced in this case, deposition testimony and related exhibits, as well as the case law and arguments set forth in Defendant's supporting brief, filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Summary Judgment, dismiss Plaintiff's claims with prejudice, and award Defendant its costs in defending against this action.

Respectfully submitted,

*s/ Katherine E. Reeves*
Lisa Karen Atkins (ASB-3326-i72a)
Katherine E. Reeves (ASB-1059-t59r)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
Telephone: 205.328.1900
Facsimile: 205.328.6000
lisa.atkins@ogletreedeakins.com
katie.reeves@ogletreedeakins.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, I electronically filed the foregoing using the CM/ECF system, which will automatically send notification of such filing to the following:

Heather Newsom Leonard
Heather Leonard, P.C.
Post Office Box 43768
Birmingham, Alabama 35243

*s/Katherine E. Reeves*
Of Counsel

23678848.1